AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

**EXHIBIT A**

TCYK, LLC
    *Plaintiff*
    v.
Does 1-98
    *Defendant*

Civil Action No. 2:13-cv-00539

(If the action is pending in another district, state where:
_____ District of _____ )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  WideOpenWest
   7887 East Belleview Avenue, Suite 1000, Englewood, CO 80111

☑ *Production:* YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

In accordance with the attached court order, please provide all records and information sufficient to identify the people or entities whose Internet Protocol Address ("IP Address") are listed in Attachment A to this Subpoena including the following: personal and business names, any and all addresses, any and all telephone numbers, any and all e-mail addresses, and Media Access Control addresses ("MAC Addresses"). Please email the requested information to copyright92@taftlaw.com. We would be happy to provide you a digital copy of Attachment A upon request by email to Kelly Kemper at kkemper@taftlaw.com or you can download it at:
https://www.dropbox.com/s/0ya9bn05gq6ly38/539-WOW.xlsx.

| Place: Taft Stettinius & Hollister LLP<br>65 East State Street, Suite 1000<br>Columbus, Ohio 43215<br>Telephone: 614-334-7192<br>copyright92@taftlaw.com | Date and Time: 7/8/2013 |
|---|---|

  The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: June 14, 2013

      *CLERK OF COURT*
               OR

_____    _____
*Signature of Clerk or Deputy Clerk*         *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* TCYK, LLC _____, who issues or requests this subpoena, are:

Leon Bass, 65 E. State St. Ste 1000 Columbus, Ohio 43215
copyright92@taftlaw.com
614-334-7192