

**Civil Case Search**
Sun Jul 21 14:09:42 2013
64 records found

User: cl1204 P
Client:
Search: Civil Case Search Case Title TCYK filed 02/01/2013 to 07/21/2013 All Courts Page: 1

| | Case Title | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|---|
| 1 | TCYK, LLC v. DOES 1-12 | ilcdce | 4:2013-cv-04041 | 820 | 04/30/2013 | |
| 2 | TCYK, LLC v. DOES 1-12 | ilcdce | 4:2013-cv-04042 | 820 | 04/30/2013 | |
| 3 | TCYK, LLC v. Does 1-13 | ilcdce | 2:2013-cv-02100 | 820 | 04/30/2013 | |
| 4 | TCYK, LLC v. DOES 1-19 | ilcdce | 3:2013-cv-03124 | 820 | 04/30/2013 | |
| 5 | TCYK, LLC v. DOES 1-16 | ilcdce | 3:2013-cv-03125 | 820 | 04/30/2013 | |
| 6 | TCYK, LLC v. DOES 1-121 | ilcdce | 3:2013-cv-03127 | 820 | 04/30/2013 | |
| 7 | TCYK, LLC v. John Does 1-14 | wiwdce | 3:2013-cv-00295 | 820 | 04/30/2013 | |
| 8 | TCYK, LLC v. John Does 1-13 | wiwdce | 3:2013-cv-00296 | 820 | 04/30/2013 | |
| 9 | TCYK, LLC v. John Does 1-10 | wiwdce | 3:2013-cv-00297 | 820 | 04/30/2013 | |
| 10 | TCYK, LLC v. John Does 1-14 | wiwdce | 3:2013-cv-00298 | 820 | 04/30/2013 | |
| 11 | TCYK, LLC v. John Does 1-43 | wiwdce | 3:2013-cv-00299 | 820 | 04/30/2013 | 05/15/2013 |
| 12 | TCYK, LLC v. John Does 1-99 | wiwdce | 3:2013-cv-00300 | 820 | 04/30/2013 | |
| 13 | TCYK, LLC v. Does 1-98 | tnedce | 3:2013-cv-00251 | 820 | 05/06/2013 | |
| 14 | TCYK, LLC v. Does 1-69 | tnedce | 3:2013-cv-00252 | 820 | 05/06/2013 | |
| 15 | TCYK, LLC v. Does 1-13 | tnedce | 3:2013-cv-00253 | 820 | 05/06/2013 | |
| 16 | TCYK, LLC v. Does 1-30 | tnedce | 3:2013-cv-00254 | 820 | 05/06/2013 | |
| 17 | TCYK, LLC v. Does 1-16 | tnedce | 3:2013-cv-00255 | 820 | 05/06/2013 | |
| 18 | TCYK, LLC v. Does 1-27 | tnedce | 3:2013-cv-00256 | 820 | 05/06/2013 | |
| 19 | TCYK, LLC v. Does 1-15 | tnedce | 3:2013-cv-00257 | 820 | 05/06/2013 | |
| 20 | TCYK, LLC v. Does 1-11 | tnedce | 3:2013-cv-00258 | 820 | 05/06/2013 | |
| 21 | TCYK, LLC v. Does 1-14 | tnedce | 3:2013-cv-00259 | 820 | 05/07/2013 | |
| 22 | TCYK, LLC v. Does 1-11 | tnedce | 3:2013-cv-00260 | 820 | 05/07/2013 | |
| 23 | TCYK, LLC v. Does 1-86 | tnedce | 3:2013-cv-00261 | 820 | 05/07/2013 | |
| 24 | TCYK, LLC v. Does 1-131 | laedce | 2:2013-xc-02811 | 820 | 05/09/2013 | 05/10/2013 |
| 25 | TCYK LLC v. Does 1-34 | wiedce | 2:2013-cv-00539 | 820 | 05/14/2013 | |
| 26 | TCYK, LLC v. John Does 1-43 | wiedce | 2:2013-cv-00554 | 820 | 05/16/2013 | |
| 27 | TCYK, LLC v. Doe | laedce | 2:2013-cv-03064 | 820 | 05/17/2013 | |
| 28 | TCYK, LLC v. DOES 1-28 | ilndce | 1:2013-cv-03823 | 820 | 05/23/2013 | |
| 29 | TCYK, LLC v. Does 1-71 | ilndce | 1:2013-cv-03824 | 820 | 05/23/2013 | |
| 30 | TCYK, LLC v. DOES 1-44 | ilndce | 1:2013-cv-03825 | 820 | 05/23/2013 | |
| 31 | TCYK, LLC v. DOES 1-30 | ilndce | 1:2013-cv-03826 | 820 | 05/23/2013 | |
| 32 | TCYK, LLC v. Does 1-27 | ilndce | 1:2013-cv-03827 | 820 | 05/23/2013 | |
| 33 | TCYK, LLC v. Does 1-88 | ilndce | 1:2013-cv-03828 | 820 | 05/23/2013 | |
| 34 | TCYK, LLC v. DOES 1-109 | ilndce | 1:2013-cv-03829 | 820 | 05/23/2013 | |
| 35 | TCYK, LLC v. DOES 1-112 | ilndce | 1:2013-cv-03833 | 820 | 05/23/2013 | |
| 36 | TCYK, LLC v. DOES | ilndce | 1:2013-cv-03834 | 820 | 05/23/2013 | |
| 37 | TCYK, LLC v. Does 1-114 | ilndce | 1:2013-cv-03837 | 820 | 05/23/2013 | |
| 38 | TCYK, LLC v. DOES 1-28 | ilndce | 1:2013-cv-03839 | 820 | 05/23/2013 | |
| 39 | TCYK, LLC v. DOES 1-113 | ilndce | 1:2013-cv-03840 | 820 | 05/23/2013 | |
| 40 | TCYK, LLC v. DOES 1-36 | ilndce | 1:2013-cv-03841 | 820 | 05/23/2013 | |
| 41 | TCYK, LLC v. DOES 1-62 | ilndce | 1:2013-cv-03842 | 820 | 05/23/2013 | |
| 42 | TCYK, LLC v. Does 1-69 | ilndce | 1:2013-cv-03844 | 820 | 05/23/2013 | |
| 43 | TCYK, LLC v. DOES 1-87 | ilndce | 1:2013-cv-03845 | 820 | 05/23/2013 | |
| 44 | TCYK, LLC v. Doe | ohsdce | 2:2013-cv-00525 | 820 | 05/31/2013 | |
| 45 | TCYK, LLC v. Does 1-20 | codce | 1:2013-cv-01461 | 820 | 06/05/2013 | |

**EXHIBIT D**

| | Case Title | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|---|
| 46 | TCYK, LLC v. Does 1-10 | ohsdce | 2:2013-cv-00534 | 820 | 06/05/2013 | |
| 47 | TCYK, LLC v. Does 1-17 | ohsdce | 2:2013-cv-00535 | 820 | 06/05/2013 | |
| 48 | TCYK, LLC v. Does 1-9 | ohsdce | 2:2013-cv-00536 | 820 | 06/05/2013 | |
| 49 | TCYK, LLC v. Does 1-47 | ohsdce | 2:2013-cv-00539 | 820 | 06/05/2013 | |
| 50 | TCYK, LLC v. Does 48-98 | ohsdce | 2:2013-cv-00540 | 820 | 06/05/2013 | |
| 51 | TCYK, LLC v. Doe Defendants 1-25 | alsdce | 1:2013-cv-00306 | 820 | 06/06/2013 | |
| 52 | TCYK, LLC v. Does 1-20 | codce | 1:2013-cv-01476 | 820 | 06/09/2013 | |
| 53 | TCYK v. Does 1-18 | iasdce | 3:2013-cv-00074 | 820 | 06/12/2013 | |
| 54 | TCYK, LLC v. Does 1-18 | iasdce | 3:2013-cv-00077 | 820 | 06/13/2013 | |

Receipt 07/21/2013 14:09:43 63792893
User cl1204 P
Client
Description Civil Case Search
Case Title TCYK filed 02/01/2013 to 07/21/2013 All Courts Page: 1
Pages 1 ($0.10)

**EXHIBIT D**



**PACER Case Locator**

Civil Case Search
Sun Jul 21 14:09:42 2013
64 records found

User: cl1204 P
Client:
Search: Civil Case Search Case Title TCYK filed 02/01/2013 to 07/21/2013 All Courts Page: 2

| | Case Title | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|---|
| 55 | TCYK, LLC v. Does 1-13 | iandce | 2:2013-cv-01018 | 820 | 06/17/2013 | |
| 56 | TCYK, LLC v. Does 1-13 | iandce | 2:2013-cv-01019 | 820 | 06/17/2013 | |
| 57 | TCYK, LLC v. Does 1-20 | codce | 1:2013-cv-01630 | 820 | 06/20/2013 | |
| 58 | TCYK, LLC v. Does 1-13 | iandce | 2:2013-cv-01020 | 820 | 06/25/2013 | |
| 59 | TCYK, LLC v. Does 1-20 | codce | 1:2013-cv-01691 | 820 | 06/26/2013 | |
| 60 | TCYK v. DOES, 1 - 17 | mndce | 0:2013-cv-01725 | 820 | 07/02/2013 | |
| 61 | TCYK, LLC v. Does 1 -17 | mndce | 0:2013-cv-01727 | 820 | 07/02/2013 | |
| 62 | TCYK, LLC v. Doe 1-37 | ohsdce | 2:2013-cv-00688 | 820 | 07/16/2013 | |
| 63 | TCYK, LLC v. Does 1-9 | ohsdce | 2:2013-cv-00690 | 820 | 07/17/2013 | |
| 64 | TCYK, LLC v. Does 1-8 | ohsdce | 2:2013-cv-00691 | 820 | 07/17/2013 | |

Receipt 07/21/2013 14:10:36 63793039
User cl1204 P
Client
Description Civil Case Search
Case Title TCYK filed 02/01/2013 to 07/21/2013 All Courts Page: 2
Pages 1 ($0.10)

**EXHIBIT D**