# Exhibit A:

# Subpoena



**Taft Stettinius & Hollister LLP**

65 East State Street, Suite 1000 / Columbus, Ohio 43215-4213 / Tel: 614.221.2838 / Fax: 614.221.2007 / www.taftlaw.com
Cincinnati / Cleveland / Columbus / Dayton / Indianapolis / Northern Kentucky / Phoenix

Leon D. Bass, Esq.
614-334-7192
copyright92@taftlaw.com

June 14, 2013

VIA Certified Mail

**WideOpenWest**
**ATTN: Custodian of Records**
**7887 East Belleview Avenue, Suite 1000**
**Englewood, CO 80111**

c/o CSC-Lawyers Incorporating Service (Corporation Service Company)
50 West Broad Street, Suite 1800
Columbus, OH 43215

RE: Subpoena for Records and Court Order
Civil Action No. 2:13-cv-00539 - U.S. Federal Court for the Southern District of Ohio

**\*\*\*Time Sensitive Information\*\*\***

**Response Deadline: 7/8/2013**

Dear Custodian of Records:

Please find the enclosed subpoena and Court Order (attachment B to Subpoena) authorizing the subpoena, along with an attached list of IP addresses and related information (attachment A). In accordance with our duty under Rule 45 and in order to reduce the administrative burden and cost of this production we have provided an excel spreadsheet containing IP addresses for which we are requesting customer identification information. We can email you a digital copy of the file upon request to **Kelly Kemper at kkemper@taftlaw.com** or you can download it here:

https://www.dropbox.com/s/0ya9bn05gq6ly38/539-WOW.xlsx

Additionally, we are willing to discuss ways that we can assist you in attempting to develop a system to ease the burden of compliance for your company. Please let us know if there is anything else that we can do to that end.

WideOpenWest
Page 2 of 9

We would be appreciative if you could provide, **in digital form,** using the spreadsheet mentioned above: the names, email addresses, mailing addresses, telephone numbers and MAC addresses for the IP address as of the dates and time on Attachment A. We would be happy to receive this information by email at **copyright92@taftlaw.com.** You can simply enter them into the spreadsheet provided.

Thank you very much for assisting us with this request. We look forward to working with you. Please feel free to contact **Elizabeth McCarthy** at **614-334-7192** or **copyright92@taftlaw.com** or me directly if you have any questions or concerns.

Yours very truly,

**Leon David Bass**
Attorney At Law

Enclosures: Subpoena
Attachment A (list of IP Addresses)
Court Order

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| TCYK, LLC<br>_Plaintiff_<br>v.<br>Does 1-98<br>_Defendant_ | )<br>)<br>)   Civil Action No.  2:13-cv-00539<br>)<br>)   (If the action is pending in another district, state where:<br>)  _____ District of _____ ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

**To:** WideOpenWest
7887 East Belleview Avenue, Suite 1000, Englewood, CO 80111

☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

In accordance with the attached court order, please provide all records and information sufficient to identify the people or entities whose Internet Protocol Address ("IP Address") are listed in Attachment A to this Subpoena including the following: personal and business names, any and all addresses, any and all telephone numbers, any and all e-mail addresses, and Media Access Control addresses ("MAC Addresses"). Please email the requested information to copyright92@taftlaw.com. We would be happy to provide you a digital copy of Attachment A upon request by email to Kelly Kemper at kkemper@taftlaw.com or you can download it at:
https://www.dropbox.com/s/0ya9bn05gq6ly38/539-WOW.xlsx.

| Place: Taft Stettinius & Hollister LLP<br>65 East State Street, Suite 1000<br>Columbus, Ohio 43215<br>Telephone: 614-334-7192<br>copyright92@taftlaw.com | Date and Time:  7/8/2013 |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: June 14, 2013

_CLERK OF COURT_

_____   OR   _____
_Signature of Clerk or Deputy Clerk_          _Attorney's signature_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_
TCYK, LLC _____ , who issues or requests this subpoena, are:

Leon Bass, 65 E. State St. Ste 1000 Columbus, Ohio 43215
copyright92@taftlaw.com
614-334-7192

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:13-cv-00539

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____      _____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

**(c) Protecting a Person Subject to a Subpoena.**
**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
(i) At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.
(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
**(A)** *When Required.* On timely motion, the issuing court must quash or modify a subpoena that:
(i) fails to allow a reasonable time to comply;
(ii) requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;
(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
(iv) subjects a person to undue burden.
**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:
(i) disclosing a trade secret or other confidential research, development, or commercial information;
(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or
(iii) a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.
**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
(ii) ensures that the subpoenaed person will be reasonably compensated.

**(d) Duties in Responding to a Subpoena.**
**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
(i) expressly make the claim; and
(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(e) Contempt.** The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).

# Attachment A:

## To Subpoena Duces Tecum
## Served Upon WideOpenWest

**NOTE: A DIGITAL COPY OF THIS EXHIBIT A CAN BE DOWNLOADED AT:**

https://www.dropbox.com/s/0ya9bn05gq6ly38/539-WOW.xlsx

Or, if you would like us to email you a copy, please contact:

Kelly Kemper
kkemper@taftlaw.com
614.220.0227

Attachment A to Subpoena to WideOpenWest
Please Download Excel file at: https://www.dropbox.com/s/0ya9bn05gq6ly38/539-WOW.xlsx

## WideOpenWest

| Doe No | IP Address | GUID | P2P Client | Hit Date and Time | Dossier Number | Title of Work | Owner of Rights in Work | File Name | File Hash | ISP | Doe Name | Doe Email | Doe Street Address | Doe City | Doe State | Doe Zip | Doe Telephone | MAC Address | Other | Notes | Please Add more columns if you have more info |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 69.47.142.99 | 2D42433031333352DC337C21EFFAD21F7D358EE6D | BitComet 1.35 | 04/29/2013 12:49:50 AM | S0054-0000020572 | The Company you keep | TCYK, LLC | The.Company.You.Keep.20 12.DVDRip.XV ID.AC3.HQ.Hi ve-CM8 | SHA1: A87AD6F4AF 7E2DC63B4A 8C37AFCC2B 5FEDE1BF80 | WideOpenW est | | | | | | | | | | | |
| 8 | 75.118.18.12 8 | 2D55543332 32302D546F ACC4E4838A D5B0A476D8 | µTorrent 3.2.2 | 04/28/2013 04:56:08 PM | S0054-0000020582 | The Company you keep | TCYK, LLC | The.Company.You.Keep.20 12.DVDRip.XV ID.AC3.HQ.Hi ve-CM8 | SHA1: A87AD6F4AF 7E2DC63B4A 8C37AFCC2B 5FEDE1BF80 | WideOpenW est | | | | | | | | | | | |
| 9 | 65.60.129.17 2 | 2D415A3438 3D302D5276 513458444E 4F514C5554 | Vuze 4.8.0.0 | 04/27/2013 09:45:41 PM | S0054-0000020608 | The Company you keep | TCYK, LLC | The.Company.You.Keep.20 12.DVDRip.XV ID.AC3.HQ.Hi ve-CM8 | SHA1: A87AD6F4AF 7E2DC63B4A 8C37AFCC2B 5FEDE1BF80 | WideOpenW est | | | | | | | | | | | |
| 14 | 65.60.235.64 | 4D372D382D 3D2D2D6973 643C809FF83 46F1FC085 | BitTorrent 7.8.0 | 04/25/2013 10:45:32 PM | S0054-0000020676 | The Company you keep | TCYK, LLC | The.Company.You.Keep.20 12.DVDRip.XV ID.AC3.HQ.Hi ve-CM8 | SHA1: A87AD6F4AF 7E2DC63B4A 8C37AFCC2B 5FEDE1BF80 | WideOpenW est | | | | | | | | | | | |
| 15 | 67.149.65.56 | 4D372D382D 3D2D2D6973 E8E109580S 13BE302116 | BitTorrent 7.8.0 | 04/25/2013 07:50:45 PM | S0054-0000020682 | The Company you keep | TCYK, LLC | The.Company.You.Keep.20 12.DVDRip.XV ID.AC3.HQ.Hi ve-CM8 | SHA1: A87AD6F4AF 7E2DC63B4A 8C37AFCC2B 5FEDE1BF80 | WideOpenW est | | | | | | | | | | | |
| 18 | 69.47.95.146 | 2D55543332 3D302D2170 39B120F0B6 C258B40462 | µTorrent 3.2.3 | 04/25/2013 12:37:13 AM | S0054-0000020714 | The Company you keep | TCYK, LLC | The.Company.You.Keep.20 12.DVDRip.XV ID.AC3.HQ.Hi ve-CM8 | SHA1: A87AD6F4AF 7E2DC63B4A 8C37AFCC2B 5FEDE1BF80 | WideOpenW est | | | | | | | | | | | |
| 19 | 75.118.28.17 4 | 2D415A3438 3D302D4742 35694C7154 4A77467954 | Vuze 4.8.0.0 | 04/25/2013 12:39:37 AM | S0054-0000020716 | The Company you keep | TCYK, LLC | The.Company.You.Keep.20 12.DVDRip.XV ID.AC3.HQ.Hi ve-CM8 | SHA1: A87AD6F4AF 7E2DC63B4A 8C37AFCC2B 5FEDE1BF80 | WideOpenW est | | | | | | | | | | | |
| 21 | 74.199.19.54 | 2D55543333 3D302D6873 2D6B0FF4BE0 D5F11A7B8 | µTorrent 3.3.0 | 04/24/2013 12:28:26 AM | S0054-0000020776 | The Company you keep | TCYK, LLC | The.Company.You.Keep.20 12.DVDRip.XV ID.AC3.HQ.Hi ve-CM8 | SHA1: A87AD6F4AF 7E2DC63B4A 8C37AFCC2B 5FEDE1BF80 | WideOpenW est | | | | | | | | | | | |

Case: 2:13-cv-00539-ALM-NMK Doc #: 7-1 Filed: 08/15/13 Page: 9 of 12  PAGEID #: 101

Attachment A to Subpoena to WideOpenWest
Please Download Excel file at: https://www.dropbox.com/s/0ya9bn05gq6ly38/539-WOW.xlsx

| # | IP | Hash | Client | Date | Bates | Filename | Plaintiff | Title | SHA1 | ISP |
|---|---|---|---|---|---|---|---|---|---|---|
| 23 | 75.118.202.1 06 | 4D372D382D 3D2D2D6973 8A3D2A8B9B 8127543C99 | BitTorrent 7.8.0 | 04/23/2013 09:33:35 PM | S0054-0000020798 | The Company you keep | TCYK, LLC | The.Company .You.Keep.20 12.DVDRip.XV ID.AC3.HQ.Hi ve-CM8 | SHA1: A87AD6F4AF 7E2DC6384A 8C37AFCC2B 5FEDE1BFB0 | WideOpenW est |
| 24 | 65.60.233.24 2 | 2D55543333 3030206873 242AB1FAA2 72CBE0F0DB | μTorrent 3.3.0 | 04/23/2013 07:56:00 PM | S0054-0000020806 | The Company you keep | TCYK, LLC | The.Company .You.Keep.20 12.DVDRip.XV ID.AC3.HQ.Hi ve-CM8 | SHA1: A87AD6F4AF 7E2DC6384A 8C37AFCC2B 5FEDE1BFB0 | WideOpenW est |
| 26 | 67.149.198.9 6 | 2D415A3439 3030206D947 4455535D6E 517443786A | Vuze 4.9.0.0 | 04/23/2013 05:12:03 AM | S0054-0000020828 | The Company you keep | TCYK, LLC | The.Company .You.Keep.20 12.DVDRip.XV ID.AC3.HQ.Hi ve-CM8 | SHA1: A87AD6F4AF 7E2DC6384A 8C37AFCC2B 5FEDE1BFB0 | WideOpenW est |
| 27 | 65.60.249.20 3 | 2D55543331 3030206F867 8E96D0D29D E918D645E4 | μTorrent 3.1.0 | 04/23/2013 03:02:38 AM | S0054-0000020834 | The Company you keep | TCYK, LLC | The.Company .You.Keep.20 12.DVDRip.XV ID.AC3.HQ.Hi ve-CM8 | SHA1: A87AD6F4AF 7E2DC6384A 8C37AFCC2B 5FEDE1BFB0 | WideOpenW est |
| 29 | 65.60.215.16 1 | 2D55543333 3030206873 65352903D7 CC60C8CADB | μTorrent 3.3.0 | 04/22/2013 03:14:12 AM | S0054-0000020876 | The Company you keep | TCYK, LLC | The.Company .You.Keep.20 12.DVDRip.XV ID.AC3.HQ.Hi ve-CM8 | SHA1: A87AD6F4AF 7E2DC6384A 8C37AFCC2B 5FEDE1BFB0 | WideOpenW est |
| 32 | 75.118.204.7 6 | 2D55543333 3030206873 EF35306FD83 87C907638 | μTorrent 3.3.0 | 04/21/2013 09:44:45 PM | S0054-0000020892 | The Company you keep | TCYK, LLC | The.Company .You.Keep.20 12.DVDRip.XV ID.AC3.HQ.Hi ve-CM8 | SHA1: A87AD6F4AF 7E2DC6384A 8C37AFCC2B 5FEDE1BFB0 | WideOpenW est |
| 33 | 75.118.205.5 3 | 2D55543333 3030206873 9A1ED89262 3ED07821AC | μTorrent 3.3.0 | 04/21/2013 08:13:39 PM | S0054-0000020898 | The Company you keep | TCYK, LLC | The.Company .You.Keep.20 12.DVDRip.XV ID.AC3.HQ.Hi ve-CM8 | SHA1: A87AD6F4AF 7E2DC6384A 8C37AFCC2B 5FEDE1BFB0 | WideOpenW est |
| 34 | 75.118.39.63 | 4D372D372D 332D2D2270 31B44984DB B5D3F22453 | BitTorrent 7.7.3 | 04/21/2013 07:35:04 PM | S0054-0000020902 | The Company you keep | TCYK, LLC | The.Company .You.Keep.20 12.DVDRip.XV ID.AC3.HQ.Hi ve-CM8 | SHA1: A87AD6F4AF 7E2DC6384A 8C37AFCC2B 5FEDE1BFB0 | WideOpenW est |
| 36 | 65.60.232.11 6 | 2D55543333 3042D5B70 5BC08932A8 B16D9E4616 | μTorrent 3.3.0 (Beta) | 04/21/2013 02:04:30 PM | S0054-0000020918 | The Company you keep | TCYK, LLC | The.Company .You.Keep.20 12.DVDRip.XV ID.AC3.HQ.Hi ve-CM8 | SHA1: A87AD6F4AF 7E2DC6384A 8C37AFCC2B 5FEDE1BFB0 | WideOpenW est |
| 47 | 69.47.234.17 0 | 2D55543332 3130D2D66D 1490355652 CDDF193111 | μTorrent 3.2.1 | 04/20/2013 04:38:46 AM | S0054-0000020102 | The Company you keep | TCYK, LLC | The.Company .You.Keep.20 12.DVDRip.XV ID.AC3.HQ.Hi ve-CM8 | SHA1: A87AD6F4AF 7E2DC6384A 8C37AFCC2B 5FEDE1BFB0 | WideOpenW est |

# Attachment B:
# To Subpoena Duces Tecum
# Served Upon WideOpenWest

# Court Order

TCYK, LLC v. John Does 1-98
Civil Action No.2:13-cv-00539 - U.S. Federal Court for the Southern District of Ohio
Judge: Gregory Frost
Magistrate: Norah King

Case: 2:13-cv-00539-GLF-NMK Doc #: 4 Filed: 06/05/13 Page: 1 of 2  PAGEID #: 59

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TCYK, LLC,

    Plaintiff,

  v.

                              Case No. 2:13-cv-539
                              Judge Frost
                              Magistrate Judge King

JOHN DOES 1-47,

    Defendants.

ORDER

This is a copyright action in which plaintiff alleges that defendants "conspired with other infringers on the BitTorrent network to copy and/or distribute" plaintiff's copyrighted motion picture, *The Company You Keep*. *Complaint*, Doc. No. 1, ¶ 11. Defendants are otherwise identified only by IP addresses. *Exhibit B*, attached to *Complaint*. This matter is now before the Court on *Plaintiff's Ex Parte Application for Leave to Take Discovery Prior to Rule 26(f) Conference*, Doc. No. 3 ["*Plaintiff's Motion*"]. In its motion, plaintiff seeks to conduct limited discovery of non-party internet service providers to determine the identities of the defendants.

The Federal Rules of Civil Procedure prohibit "discovery from any source before the parties have conferred as required by Rule 26(f), except," *inter alia*, when authorized by court order. Fed. R. Civ. P. 26(d)(1). Expedited discovery is appropriate

1

upon a showing of good cause. *Arista Records, LLC v. Does 1-15*, 2007 WL 5254326, *2 (S.D.Ohio May 17, 2007). Good cause is easily established in a copyright infringement case, *see id.*, and where, as here, plaintiff has established that it cannot meet its service obligation under Fed. R. Civ. P. 4 without the requested discovery.

Accordingly, *Plaintiff's Motion*, Doc. No. 3, is **GRANTED**. **IT IS HEREBY ORDERED** that plaintiff may serve limited, immediate discovery on the internet service providers identified in Exhibit 1 attached to *Plaintiff's Motion*, and on later-discovered or intermediary internet service providers in order to obtain the identity of each Doe defendant by serving a Rule 45 subpoena that seeks documents that identify each Doe defendant, including the name, current (and permanent) addresses and telephone numbers, e-mail addresses and Media Access Control addresses for each defendant. The disclosure of this information is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B) where applicable to educational institutions.

**IT IS FURTHER ORDERED THAT** any information disclosed to plaintiff in response to the Rule 45 subpoenas may be used by plaintiff solely for the purpose of protecting plaintiff's rights under the Copyright Act.

s/ Norah McCann King
Norah McCann King
United States Magistrate Judge

June 5, 2013

2