UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| TCYK, LLC, | : | |
| | : | |
| Plaintiff, | : | Judge: Marbley |
| | : | |
| vs. | : | Magistrate Judge: King |
| | : | |
| Charles Ghent, et al. | : | Case No. 2:13-cv-00539 |
| | : | |
| Defendants. | : | |

**JOINT MOTION AND STIPULATION OF VOLUNTARY DISMISSAL OF MARGARET ASHBURN'S COUNTERCLAIMS AGAINST PLAINTIFF TCYK, LLC**

PLEASE TAKE NOTICE that Defendant, Margaret Ashburn, and Plaintiff, TCYK, LLC, by and through the undersigned counsel, and pursuant to Fed. R. 41 (a)(1)(A)(ii), hereby respectfully move jointly for and mutually stipulate to the dismissal of all of Defendant's Counterclaims against Plaintiff, to wit: COUNT ONE – Violation of the Fair Debt Collection Practices Act; COUNT TWO – Invasion of Privacy and Tortious Violation of Ohio's Private Investigator Licensing Statutes; and COUNT THREE – Computer Fraud and Abuse.  Said Counterclaims were filed on March 11, 2014.

**RESPECTFULLY SUBMITTED.**

| | |
|---|---|
| */s/ Michael J. O'Reilly* | */s/ per e-mailed authorization* |
| Michael J. O'Reilly (0019892) | Leon D. Bass |
| O'REILLY LAW OFFICES | David J. Butler |
| 30 Hill Road South, Suite B | Taft Stettinuius & Hollister LLP |
| Pickerington, Ohio 43147 | 65 East State Street, Suite 1000 |
| *Attorney for Defendant* | Columbus, Ohio 43215 |
| *Margaret Ashburn* | *Attorneys for Plaintiff* |

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing has been served via e-filing and/or U.S. Mail on this 25th day of September, 2014, on the following parties:

| | |
|---|---|
| Leon D. Bass | Michael J. O'Reilly (0019892) |
| David J. Butler | O'REILLY LAW OFFICES |
| Taft Stettinuius & Hollister LLP | 30 Hill Road South, Suite B |
| 65 East State Street, Suite 1000 | Pickerington, Ohio 43147 |
| Columbus, Ohio 43215 | *Attorney for Defendant* |
| *Attorneys for Plaintiff* | *Margaret Ashburn* |

                                            */s/ Michael J. O'Reilly*
                                            Michael J. O'Reilly (0019892)