IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**TCYK, LLC,**

    **Plaintiff,**

  **vs.**                                       **Civil Action 2:13-cv-539**
                                                                  **Judge Marbley**
                                                                  **Magistrate Judge King**

**JOHN DOES 1-47,**

    **Defendants.**

<u>**ORDER**</u>

    On January 8, 2015, the United States Magistrate Judge recommended that *Plaintiffs' Motion for Default Judgment against Defendant Charles Ghent*, ECF 359, be granted in part and denied in part. *Report and Recommendation*, ECF 45.  It was specifically recommended (1) that defendant Charles Ghent be permanently enjoined from directly or indirectly infringing plaintiff's copyrighted works, including by use of the internet to reproduce, copy, distribute, or make available for distribution to the public plaintiff's copyrighted works, unless plaintiff provides defendant with a license or express permission, (2) that defendant Charles Ghent be ordered to destroy all copies of plaintiff's motion picture *The Company You Keep* that defendant Charles Ghent has downloaded onto any computer hard drive or server without plaintiff's authorization and all copies that have been transferred onto any physical medium or device in defendant Charles Ghent possession, custody, or control, and (3) that plaintiff be awarded statutory damages as against defendant Charles Ghent in the amount of $6,000 and attorneys' fees and costs in the total amount of $1,977.57. *Id*. Plaintiff was advised of its right to object to the

recommendation and of the consequences of its failure to do so, but has nevertheless failed to file an objection.

The *Report and Recommendation*, ECF 45, is **ADOPTED AND AFFIRMED**. *Plaintiffs' Motion for Default Judgment against Defendant Charles Ghent*, ECF 35, is **GRANTED in part** and **DENIED in part**.

Defendant Charles Ghent is **PERMANENTLY ENJOINED** from directly or indirectly infringing plaintiff's copyrighted works, including by use of the internet to reproduce, copy, distribute, or make available for distribution to the public plaintiff's copyrighted works, unless plaintiff provides defendant with a license or express permission. Defendant Charles Ghent is **ORDERED** to destroy all copies of plaintiff's motion picture *The Company You Keep* that defendant Charles Ghent has downloaded onto any computer hard drive or server without plaintiff's authorization and all copies that have been transferred onto any physical medium or device in defendant Charles Ghent's possession, custody, or control. Plaintiff is **AWARDED** statutory damages as against defendant Charles Ghent in the amount of $6,000 and attorneys' fees and costs in the total amount of $1,977.57.

The Court notes that the claims against defendants Michiel Laarman and Margaret Ashburn remain pending and that motions for summary judgment are due no later than March 31, 2015. *See Preliminary Pretrial Order*, ECF 32.

                                              s/Algenon L. Marbley
                                                   Algenon L. Marbley
                                          United States District Judge